IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Larry J. Sluder, ) | |
| ) | Civil Action No. 3:11-2292-MBS |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER AND OPINION** |
| ) | |
| United Insurance Company of America, ) | |
| Marjorie Schulz, and Thomas Seeburg, ) | |
| ) | |
| Defendants. ) | |
| ) | |

On July 22, 2011, Plaintiff Larry J. Sluder filed an action in the South Carolina Court of Common Pleas against Defendant United Insurance Company of America ("UICA"). On August 26, 2011, UICA removed the case to this court based on diversity jurisdiction. On April 4, 2012, this court granted Plaintiff's motion to file a second amended complaint joining two additional defendants, Marjorie Schulz and Thomas Seeburg. On April 5, 2012, Plaintiff filed a second amended complaint. Because Plaintiff and these two newly joined defendants are all citizens of South Carolina, the "complete diversity" rule is violated. Accordingly, this court may no longer exercise diversity jurisdiction. *See Mayes v. Rapoport*, 198 F.3d 457, 461 (4th Cir. 1999). The case is remanded to the state court.

**IT IS ORDERED.**

s/ Margaret B. Seymour
Margaret B. Seymour
Chief United States District Judge

Columbia, South Carolina
April 17, 2011

1